1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5084
7       Fax: (408) 535-5066
        john.glang@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-00670-LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER AUTHORIZING DISCLOSURE OF SEALED WIRE AND ELECTRONIC SURVEILLANCE MATERIALS, PEN REGISTER ORDERS, GPS LOCATION DATA ORDERS, SEARCH WARRANTS, VEHICLE TRACKING WARRANTS, AND POLE CAMERA ORDERS IN DISCOVERY |
| v. | |
| RODOLFO FLORES TORRES, ET AL, | |
| Defendants. | |

Application having been made on behalf of the United States of America by John N. Glang, Assistant United States Attorney, for an order authorizing the government to furnish copies of documents filed with the Court under seal concerning wire and electronic surveillance materials, pen register orders, GPS location data orders, search warrants, vehicle tracking warrants, and pole camera orders, and ordering that such filings remain sealed for all other purposes, and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED that copies of the following documents may be provided to each of the defendants and their attorneys in the above-entitled case, as follows:

| | |
|---|---|
| 1 | Peter A. Leeming for defendant Rodolfo Flores Torres |
| 2 | Thomas J. Ferrito for defendant Edgar Diaz Paz |
| 3 | Ben McLaughlin for defendant Juan Pablo Velasco-Gonzalez |
| 4 | Robert E. Carey, Jr. for defendant Eduardo Godinez-Perez |
| 5 | Carleen R. Arlidge for defendant Jose Manuel Plancarte |
| 6 | Varell L. Fuller for defendant Efrain Canchola |
| 7 | Jay Rorty for defendant Mayra Alejandra Martinez |
| 8 | Alfredo M. Morales for defendant Rogelio Barajas-Rocha |
| 9 | Bruce C. Funk for defendant Cesar Guillen |
| 10 | Vicki H. Young for defendant Francisco Javier Guerrero Buenrostro |
| 11 | Jerry Y. Fong for defendant Rafael Silva Valencia |
| 12 | Michelle D. Spencer for defendant Francisco Javier Ceja Cuamba |
| 13 | James McNair Thompson for defendant Jaime Arana Del Toro |

A. The affidavits, applications, orders, sealing motions and orders, minimization instructions, 15-day periodic reports, transcripts, line sheet summaries, GPS coordinate summaries, and audio recordings for the wiretap orders listed below:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 2-27-13 | CR 13-90164 | Wiretap for 2 phones |
| 4-4-13 | CR 13-90290 | Wiretap for 2 phones |
| 6-12-13 | CR 13-90509 | Wiretap for 5 phones |
| 8-16-13 | CR 13-90687 | Wiretap for 11 phones |

B. The applications and orders (and warrants, sealing motions and orders, and motions and orders delaying notice, if applicable) for the following:

PEN REGISTER ORDERS:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 1-14-13 | CR 13-90035 | Torres and Paz |
| 1-17-13 | CR 13-90055 | Torres |
| 3-7-13 | CR13-90207 | Torres |
| 4-16-13 | CR 13-90320 | Canchola |
| 4-16-13 | CR 13-90321 | Torres |
| 5-8-13 | CR 13-90392 | Torres |
| 5-14-13 | CR 13-90418 | Canchola |
| 6-5-13 | CR 13-90493 | Torres |
| 7-17-13 | CR 13-90619 | Torres |
| 7-17-13 | CR13-90620 | Velasco-Gonzalez |
| 7-17-13 | CR 13-90621 | Canchola and Godinez-Perez |
| 7-24-13 | CR 13-90635 | Paz |
| 7-24-13 | CR 13-90636 | Torres |
| 8-20-13 | CR 13-90694 | Velasco-Gonzalez |
| 8-20-13 | CR 13-90695 | Godinez-Perez |

ORDERS FOR GPS LOCATION DATA FOR CELLULAR TELEPHONES:

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 9-6-12 | CR 12-90620 | Valencia |
| 1-22-13 | CR 13-90061 | Torres |
| 5-8-13 | CR 13-90391 | 4 phones |
| 6-20-13 | CR 13-90536 | 4 phones |
| 8-20-13 | CR 13-90692 | 6 phones |
| 9-9-13 | CR 13-90752 | Torres |
| 9-11-13 | CR 13-90756 | 4 phones |

SEARCH WARRANTS:

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 4-27-12 | CR 12-70480 | Yahoo |
| 4-27-12 | CR 12-70481 | Facebook |
| 4-27-12 | CR 12-70482 | Hotmail |
| 7-17-12 | CR 12-70797 | Apt. B1610, The Woods Apts., San Jose |
| 7-12-13 | CR 13-70771 | Storage Locker, Santa Clara |
| 9-11-13 | CR 13-71088 | 1407 San Bruno Ave, SF |
| 9-11-13 | CR 13-71089 | 26394 Underwood Avenue, Hayward |
| 9-11-13 | CR 13-71090 | 55 Lydia Avenue, SF |
| 9-11-13 | CR 13-71111 | 43336 Excelsior Road, Eureka |
| 9-11-13 | 13-SW-00245 | 817 Fantasy Lane, Ceres (EDCA) |
| 9-11-13 | 13-SW-00245 | 9221 Harmony Court, Delhi (EDCA) |
| 9-11-13 | 13-SW-00245 | 2551 Del Paso Blvd., Sacramento (EDCA) |
| 9-11-13 | 13-2486 and 13-2487 (CDCA) | 530/532 E. Mountain Street, Pasadena (CDCA) |

VEHICLE TRACKING WARRANTS:

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 6-20-12 | CR 12-MC-230 | Silver BMW (Oregon) |
| 8-3-12 | 12-90740 | Silver BMW and White Mercedes |
| 8-24-12 | 12-90741 | Black Mercedes |
| 9-28-12 | 12-90680 | Black Mercedes and Silver Jeep Cherokee |
| 10-2-12 | 12-SW-0282 | Black Mercedes and Silver Jeep Cherokee (EDCA) |
| 11-16-12 | 12-90801 | Black Mercedes |
| 2-13-13 | 13-90141 | Black Mercedes |

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 3-15-13 | 13-90225 | Green Chevy Van |
| 4-3-13 | 13-90286 | Black Mercedes |
| 6-21-13 | 13-SW-00175 | 3 Vehicles (EDCA) |
| 6-21-13 | 13-90537 | Green Chevy Van and Silver Jeep Cherokee |
| 7-3-13 | 13-90582 | Black Mercedes and Silver Jeep Cherokee |
| 8-2-13 | 13-90675 | 5 Vehicles |

POLE CAMERA ORDERS:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 12-18-12 | CR 12-90860 | 3567 Sandpebble Dr. San Jose |
| 5-2-13 | CR 13-90370 | 1407 San Bruno Ave., SF |

IT IS FURTHER ORDERED that the above-mentioned documents shall not be disseminated or disclosed to anyone other than the named defendants or their counsel, or the staff of their counsel (secretaries, paralegals, clerical staff, and attorneys employed by counsel and/or counsel's law firm, and nonemployees engaged by counsel and under counsel's supervision who assist in counsel's representation of one of the named defendants), except upon the express authorization of this Court. Information obtained from the above-mentioned documents may be discussed with third parties only to the extent necessary for the investigation and preparation of a named defendant's defense, provided that in no case shall the discussion of such information involve the disclosure to any third party of the document that is the source of the information or that the source of the information is an affidavit or other document filed under seal.

IT IS FURTHER ORDERED that the above-mentioned documents that are currently under seal shall remain sealed after the attorneys have been provided copies.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to

disclose any information therein other than to prepare for trial and for the defense of his/her client.

DATED:   10/18/13

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge